UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL INDUSTRIES, INC., A DELAWARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ERGO CONTRACT FURNITURE, et al.,<br><br>Defendants. | Case No. 15-cv-03666-MMC   (JSC)<br><br>**ORDER REGARDING FEBRUARY 3, 2016 SETTLEMENT CONFERENCE** |

The parties are scheduled to attend a settlement conference before the Court on February 3, 2016 at 9:30 a.m. On or before January 27, 2016, Plaintiff shall provide Defendants with a draft proposed settlement agreement. The parties shall submit their settlement conference statements to the Court on or before February 1, 2016, and shall include any drafts exchanged.

Further, all named Defendants must attend the settlement conference in person, including Defendants' CEO. And Plaintiff's CEO and Ann Alex must also attend the settlement conference in person.

**IT IS SO ORDERED.**

Dated: January 20, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge