IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL INDUSTRIES, INC., | No. C 15-3666 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ERGO CONTRACT FURNITURE, et al., | |
| Defendants. | |

The parties having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of service of a copy thereof on the opposing parties, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: February 4, 2016

MAXINE M. CHESNEY  
United States District Judge